**Opinion issued April 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00193-CV

———————————

## JAMES MARULLO, Appellant

## V.

## APOLLO ASSOCIATED SERVICES, LLC AND SOLOGIC, LLC, Appellee

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2015-54499

## MEMORANDUM OPINION

This appeal is from a judgment signed February 1, 2016. The appeal was assigned to the Fourteenth Court of Appeals; however, the Harris County District Clerk subsequently, and erroneously, assigned this duplicate cause to this court. The Harris County District Clerk confirmed that the assignment of the cause to this Court

was in error. Because this cause was erroneously assigned to this Court, the appeal is ordered dismissed.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.